# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SA CV10-00897 JAK (MLGx) | Date | June 22, 2012 |
|---|---|---|---|
| Title | Lashone Purnell v. Sunrise Senior Living Management, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On June 21, 2012, Defendant filed "Notice of Settlement" (Dkt. 98). The Court sets an Order to Show Cause re Dismissal for August 6, 2012 at 1:30 p.m. If the parties file a dismissal by August 3, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The June 25, 2012 Final Pretrial Conference, July 6, 2012 Exhibit Conference, and July 10, 2012 Jury Trial are vacated.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | ak | |