1  MICHELE L. MARYOTT, SBN 191993
     mmaryott@gibsondunn.com
2  JASON C. SCHWARTZ, admitted *pro hac vice*
     jschwartz@gibsondunn.com
3  ASHLEY L. ALLYN, SBN 254559
     aallyn@gibsondunn.com
4  JORDAN L. HELLER, SBN 250491
     jheller@gibsondunn.com
5  GIBSON, DUNN & CRUTCHER LLP
   3161 Michelson Drive
6  Irvine, California  92612-4412
   Telephone: 949.451.3800
7  Fax: 949.451.4220

8  Attorneys for Defendant
   SUNRISE SENIOR LIVING MANAGEMENT, INC.
9

10              UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12                  SOUTHERN DIVISION

13

14  LASHONE PURNELL, as an individual        CASE NO.: SACV10-897 JAK
    and on behalf of all employees similarly   (MLGx)
15  situated,
                                              **STIPULATION OF DISMISSAL**
16             Plaintiff,                      **WITH PREJUDICE**

17        v.

18  SUNRISE SENIOR LIVING
    MANAGEMENT, INC., and DOES 1             Action Filed: May 14, 2010
19  through 50, inclusive,                    Trial Date:  July 10, 2012

20             Defendants.

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Lashone Purnell and Defendant Sunrise Senior Living Management, Inc. that the above-captioned action is hereby dismissed in its entirety, *with prejudice,* pursuant to Fed. R. Civ. P. 41(a)(1), each side to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted this 17th day of July, 2012.

DATED: July 17, 2012

JANELLE CARNEY
LAW OFFICE OF JOSEPH ANTONELLI

By: _____
Janelle Carney

Attorneys for Plaintiff LASHONE PURNELL

DATED: July 17, 2012

MICHELE L. MARYOTT
GIBSON, DUNN & CRUTCHER LLP

By: _____
Michele L. Maryott

Attorneys for Defendant SUNRISE SENIOR LIVING MANAGEMENT, INC.

Gibson, Dunn &
Crutcher LLP

1